UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

Case No. 89-CR-80505
HON. GEORGE CARAM STEEH

RONALD McMULLEN,

    Defendant.
_____/

ORDER DENYING MOTION FOR RECONSIDERATION (#50)

Defendant Ronald McMullen moves for reconsideration of his July 7, 2007 sentence of 26 months imprisonment following his guilty pleas to three violations of conditions of supervised release. A motion for reconsideration must be filed within 10 days after entry of the challenged order. E.D. Mich. LR 7.1(g)(1). In seeking reconsideration, the movant must demonstrate a palpable defect by which the court and the parties have been mislead, and show that correcting the defect will result in a different disposition of the case. E.D. Mich. LR 7.1(g)(3).

McMullen's instant February 4, 2008 motion for reconsideration of his July 7, 2007 sentence is untimely. E.D. Mich. LR 7.1(g)(1). McMullen has also failed to demonstrate palpable error. Accordingly,

McMullen's motion for reconsideration is hereby DENIED.

SO ORDERED.

Dated: February 6, 2008

                                        s/George Caram Steeh
                                        GEORGE CARAM STEEH
                                        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 6, 2008, by electronic and/or ordinary mail.

s/Josephine Chaffee
Deputy Clerk